# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **THOMAS LEE DEDEAUX,**<br>AIS 219516, | : | |
| | : | |
| Petitioner, | : | |
| vs. | : | CA 08-0599-CG-C |
| **RICHARD ALLEN, et al.,** | : | |
| Respondents. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 5, 2009, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 31st day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE