IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

THOMAS LEE DEDEAUX,  :
AIS 219516,
                     :
　　Petitioner,
                     :
vs.                                            CA 08-0599-CG-C
                     :
RICHARD ALLEN, et al.,
                     :
　　Respondents.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 be dismissed as time barred pursuant to 28 U.S.C. § 2244(d).

**DONE and ORDERED** this 31st day of March, 2009.

/s/ Callie V. S. Granade
**CHIEF UNITED STATES DISTRICT JUDGE**